# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **CASE NO. 4:22-CR-63** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **DYANTA SAMUELS, ET AL.** | **)** | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    June 13, 2022 – June 17, 2022, for the purpose of official travel;

    b)    December 26, 2022 – December 30, 2022, for personal leave.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates; a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 25th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA